No. 95–5867.   HARRISON *v.* ULMER, CHIEF JUDGE, CIRCUIT COURT OF FLORIDA, 6TH JUDICIAL CIRCUIT.   Sup. Ct. Fla.   Certiorari denied.

No. 95–5870.   MCKENZIE *v.* MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 95–5871.   NEWSOME *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 95–5872.   NAJERA-RUBIO *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–5877.   LEAKS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 95–5880.   CAMPBELL ET AL. *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 95–5881.   GALLOWAY *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 95–5886.   TRAYNOFF *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 95–5890.   VAN WAGNER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 95–5894.   MCGREGOR *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 95–5899.   CHARLTON *v.* CRANDELL, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 95–5900.   JACKSON, AKA ALETOR *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 95–5911.   BURNSIDE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 95–5912.   AUSTIN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 95–5918.   REECE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 95–5919.   SMITH *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.